IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Andres Sanchez Hernandez,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky,<br><br>Respondent. | No. CV-26-03113-PHX-KML<br><br>**ORDER** |

On June 30, 2026, Magistrate Judge James F. Metcalf issued a Report and Recommendation ("R&R"). (Doc. 12.) The R&R recommends the court dismiss without prejudice the petition for writ of habeas corpus. (Doc. 12 at 3.) The parties had fourteen days to file objections, but none were filed. The R&R is adopted in full. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 12) is **ADOPTED**. The petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

/

/

/

/

/

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of respondent and close this case.

Dated this 4th day of August, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**